

# NUMBER 13-21-00148-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LOIS HOLLMAN,                                                                     Appellant,

v.

KLEBERG COUNTY, TEXAS,                                                           Appellee.

### On appeal from the 105th District Court
### of Kleberg County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Memorandum Opinion by Chief Justice Contreras

This cause is before the Court on a joint motion to dismiss the appeal. On August 24, 2021, we ordered this matter abated for mediation. According to the motion, the parties have reached an agreement that disposes of all claims in the suit.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion the motion should be granted. *See* TEX. R. APP. P.

42.1(a). Accordingly, the joint motion is granted, the cause reinstated, and the appeal is hereby dismissed as moot. In accordance with the joint motion, costs will be taxed against the party incurring the same. *See* R. 42.1(d).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
6th  day of January, 2022.